HOWARD B. FRANK
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 42233
E-MAIL: HBFANDJM@AOL.COM

Attorney for Defendant
Benny Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Nita L. Stormes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-0111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO |
| v. | ) | MODIFY CONDITIONS |
| | ) | OF RELEASE |
| | ) | |
| BENNY LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Comes now the plaintiff United States of America by and through its counsel of record Paul L. Starita and the defendant Benny Lopez by and through his counsel of record Howard B. Frank and hereby move this Honorable Court to modify the conditions of release to require one financially responsible surety instead of two financially responsible sureties.  All other conditions of release shall remain in effect.

Dated: January 25, 2008

                                                        s/Paul L. Starita
                                                        Assistant U.S. Attorney

Dated: January 25, 2008

                                                        s/ Howard B. Frank
                                                        Howard B. Frank
                                                        Attorney for Defendant
                                                        Benny Lopez