UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-0111 |
| Plaintiff, | ) ) | |
| | ) | PROOF OF SERVICE |
| v. | ) ) | |
| BENNY LOPEZ, | ) ) | |
| Defendant. | ) ) ) ) ) | |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, CA 92103.

On January 25, 2008, I served the following document described as:

**JOINT MOTION TO MODIFY CONDITIONS OF RELEASE**

By the following method:

**(X)   CM/ECF FILING.**

    U.S. District Court Clerk
    Southern District of California

    Paul L. Starita
    Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at San Diego, California.

                                              s/ Howard B. Frank
                                              Howard B. Frank