# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             vs.<br><br>BENNY LOPEZ (1),<br><br>                              Defendant. | CASE NO. 08CR212<br><br>ORDER TO MODIFY CONDITIONS OF RELEASE |

  IT IS HEREBY ORDERED that the conditions of release in the above titled matter be modified to require one financially responsible surety instead of two financially responsible sureties.  All other conditions of release shall remain uncharged.

  IT IS SO ORDERED.

DATED: January 25, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court