UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0212-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| v. | ) | |
| | ) | |
| BENNY LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, CA 92103.

On February 22, 2008, I served the following document described as:

**NOTICE OF MOTION AND MOTION TO SUPPRESS ILLEGALLY OBTAINED EVIDENCE AND STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUPPRESS ILLEGALLY OBTAINED EVIDENCE**

By the following method:

**(X) CM/ECF FILING.**

U.S. District Court Clerk
Southern District of California

Paul L. Starita
Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2008, at San Diego, California.

s/ Howard B. Frank
Howard B. Frank