AO 442

FUD # 1482852

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -9 AM 9:10

UNITED STATES OF AMERICA

V.

BENNY LOPEZ (1)

WARRANT FOR ARREST

BY _____ RM _____ DEPUTY

CASE NUMBER:  08CR212-JLS

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        BENNY LOPEZ (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

8:1324(a)(2)(B)(ii); 18:2 - Bringing in Illegal Aliens for Financial Gain and Aiding and Abetting
8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting
8:1324(a)(2)(B)(iii); 18:2 - Bringing in Illegal Aliens Without Presentation and Aiding and Abetting

In violation of Title      See Above      United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| George E. Perrault | APRIL 24, 2008, San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $     No bail     by     The Honorable NITA L. STORMES

Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS II 'J' Arest Paul Starita x 6507    0303
-CBP-