Tamara D. DeHaan, Esq., #113932
LAW OFFICES OF TAMARA D. DeHAAN
444 West C Street, Suite 350
San Diego, CA  92101-3533
Ph: (6190) 544-0715
Fax: (619 544-1215

Attorney for Material Witness/es

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BENNY LOPEZ, et al.,<br><br>　　　　Defendants. | Crim. Case No. 08cr0212-JLS<br><br>NOTICE OF MOTION AND MOTION TO SET VIDEOTAPE DEPOSITION OF MATERIAL WITNESSES AND REQUEST FOR STATEMENT OF REASONS IN SUPPORT OF CUSTODY<br><br>Hearing Date:　June 5, 2008<br>　　　　Time:　9:30 a.m.<br>Magistrate Judge:　Nita L Stormes |

**TO KAREN HEWITT, UNITED STATES ATTORNEY, AND TO THE ATTORNEYS OF RECORD FOR BENNY LOPEZ AND JUAN JOSE AGUIREE-CRUZ, DEFENDANTS HEREIN:**

PLEASE TAKE NOTICE that on June 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, material witnesses VICTOR MANUEL AYON-LIZARRAGA, CARLOS JODIN VILLEGAS-HERNANDEZ and RAMON SILVA-REYES (collectively, "Material Witnesses") by the through their counsel, Tamara D. DeHaan, will bring a motion for a court order to take videotaped depositions of the Material Witnesses.

## **MOTION**

VICTOR MANUEL AYON-LIZARRAGA, CARLOS JODIN VILLEGAS-HERNANDEZ, and RAMON SILVA-REYES, by and through their counsel, Tamara D. DeHaan, Esq., and pursuant to 18 U.S.C. §§ 3142 and 3144, and Federal Rules of Criminal Procedure, Rule 15, hereby move this court

for an order to take their depositions by videotape, and release each of them at the conclusion of the depositions. If the court denies said motion, then it will be further requested that the U.S. Attorney provide the Material Witnesses with a Statement of Reasons in Support of Custody in accordance with Federal Rules of Criminal Procedure., Rule 46 (h)(1) and (2).

This motion is based upon this Notice, the Memorandum of Points and Authorities in Support thereof, the Declaration of Tamara D. DeHaan, Esq., the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to, or during, the hearing on this motion.

Respectfully submitted,


DATED:  May 20, 2008                             LAW OFFICES OF TAMARA D. DeHAAN


                                                 By:    /s Tamara D. DeHaan
                                                     Tamara D. DeHaan
                                                     Attorney for Material Witnesses