PS8D                                                                                          May 15, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 21 PM 1:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: cp

### Petition for Warrant on Defendant Under Supervision

**Name of Defendant:** Lopez, Benny (English)          **Dkt No.:** 08CR0212JLS-001

**Register No.:** 06920-298

**Name of Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Date Conditions of Release Imposed:** January 15, 2008, before the Honorable Nita L. Stormes, U.S. Magistrate Judge

**Conditions of Release:** not commit a federal, state, or local crime during the period of release; make all court appearances; restrict travel to Southern District of California; not to enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; abide by the terms of the restraining order; surrender firearms to the PSA; and not to drive without valid license.

**Bail Modified:** On January 25, 2008, a $35,000 personal appearance bond, co-signed by one financially responsible adult was set.

**Date Released on Bond:** January 25, 2008

**Charged Offenses:** Transportation of Aliens and Bringing in Aliens without Presentation

**Next Court Hearing:** May 16, 2008

**Asst. U.S. Atty.:** Paul L. Starita                      **Defense Counsel:** Knut S. Johnson (appointed)
(619) 557-5610                                              (619) 232-7080

**Prior Violation History:** On April 22 and 24, 2008, the defendant failed to appear before U.S. Magistrate Judge Nita L. Stormes for an attorney appointment hearing. A bench warrant was ordered on April 24, 2008. On May 5, 2006, the defendant was arrested on the bench warrant and on May 6, 2008, he appeared in custody before Judge Stormes. At that time, Judge Stormes reprimanded the defendant for failing to appear, and he was released on the same bond conditions as previously set.

Lopez, Benny  
Dkt No.: 08CR0212JLS-001

May 15, 2008  
Page 2

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

Pretrial Services believes the defendant violated the following conditions of pretrial release:

| CONDITIONS | | ALLEGATION OF NONCOMPLIANCE |
|---|---|---|
| Not commit a federal, state, or local crime during the period of release. | 1. | On May 12, 2008, the defendant was transporting and harboring illegal aliens, in violation of Title 18 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 1324(a)(1)(A)(iii), as evidence by complaint #08MJ8417-001, filed at the U.S. District Court Southern District of California-El Centro. |

**Grounds for violation:** The undersigned received and reviewed complaint #08MJ8417-001 filed against the defendant which notes the following: on May 12, 2008, Mr. Lopez arrived at the U.S. Border Patrol checkpoint on Highway 111 near Niland, California, and he was the only visible occupant of a 2007 Nissan Altima. U.S. Border Patrol agent noticed Mr. Lopez appeared to be nervous, was speaking fast, and avoided eye contact. The defendant gave the agent consent to search the trunk. However, the agent noticed the defendant was hesitating with the trunk release and then accelerated from the checkpoint at a high speed rate.

The defendant was followed by a marked U.S. Border Patrol vehicle, and then he abandoned the vehicle and absconded. Two individuals were found inside the trunk of the vehicle and Mr. Lopez was found hiding in the brush. At that time, he was apprehended and placed under arrest.

U.S. Immigration and Customs Enforcement agents executed a search of the defendant's reported residence and his property in Calexico, California. No one was inside the residence. However, three individuals were apprehended in a shed located in the property.

The five apprehended individuals admitted they are citizens of Mexico without the proper immigration documents to enter, be in, work, or reside in the United States legally. The two individuals found in the trunk of the Nissan identified Mr. Lopez as the person who picked them up from a house and told them to get in the trunk of the vehicle. Both individuals stated the defendant knew they were illegal aliens, and one of the individuals indicated the defendant knew he was illegal because he was going to pay the defendant to smuggle him. From the three individuals found at the residence only one individual was able to identify the defendant as the driver of the Nissan Altima.

On May 14, 2008, the defendant appeared before U.S. Magistrate Judge Peter C. Lewis and was arraigned on the complaint. Mr. Lopez stipulated to detention, and the preliminary hearing was set for May 29, 2008, at 9:30 a.m. before U.S. Magistrate Judge Cathy Ann Bencivengo.

Lopez, Benny                                                                May 15, 2008
Dkt No.: 08CR0212JLS-001                                                    Page 3

| **CONDITIONS** | | **ALLEGATION OF NONCOMPLIANCE** |
|---|---|---|
| Not possess any firearm or other dangerous weapon or explosive device | 2. | The defendant possessed a .38 caliber pistol revolver in his residence as evidence by compliant #088417-001, filed at the U.S. District Court-Southern District of California (El Centro). |

**Grounds for violation:** The undersigned received and reviewed complaint #08MJ8417-001 filed against the defendant which notes the following: on May 12, 2008, U.S. Immigration and Customs Enforcement agents executed a search at the defendant's residence and located a loaded .38 caliber pistol revolver. Furthermore, the defendant's girlfriend, Maltilde Salto, stated the firearm found at the residence belonged to the defendant.

## SUPERVISION ADJUSTMENT

Mr. Lopez commenced his pretrial release on January 25, 2008. Besides this new arrest, criminal records check revealed no additional arrests and the defendant's California driver's license is valid. Upon his release from custody, the defendant was employed by a construction company, however, he stopped working in March 2008. Since that time, the defendant has not secured employment. The defendant was reporting to Pretrial Services on a weekly basis by telephone and last reported on April 28, 2008.

Furthermore, on April 22 and 24, 2008, the defendant failed to appear in court and a bench warrant was issued. Subsequently, the defendant was arrested on the bench warrant and he was released on the same bond conditions. Additionally, on May 12, 2008, the defendant was arrested by U.S. Border Patrol for transporting and harboring illegal aliens and a firearm was found in his residence. With this considered, the defendant's supervision adjustment is viewed as poor.

Lopez, Benny                                                                May 15, 2008
Dkt No.: 08CR0212JLS-001                                                    Page 4

## RECOMMENDATION

Mr. Lopez has been on pretrial supervision for three months, and he has demonstrated noncompliant behavior by not making his court appearances and by being charged with a new offense while on bond. Therefore, Pretrial Services requests your Honor order a no bail bench warrant for the defendant's arrest so he can be brought before the Court for an Order to Show Cause Hearing to address why his bond should not be revoked.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on ___5/15/08___

Respectfully submitted:                           Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____Yolanda German_____                       _____Carlos Gutierrez_____
Yolanda German                                    Carlos Gutiérrez
U.S. Pretrial Services Officer                    Supervising U.S. Pretrial Services Officer
(760) 482-2872

Place  El Centro, California


## THE COURT ORDERS:

__✓__   A no bail bench warrant be issued based upon a finding of probable cause to bring the defendant before the Court to show cause why pretrial release should not be revoked for the alleged violations.

_____   Other _____

_____Janis L. Sammartino_____                     __5/20/08__
U.S. District Judge Janis L. Sammartino           Date