```
 1 | JONATHAN DAVID FRANK SBN89384
   | 160 Thorn Street Suite 2
 2 | San Diego, CA 92103
   | (858) 722-2100
 3 |
 4 | Attorney for Material Witnesses
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 08CR0212JLS |
| ) | Mag. No. 08MJ8417 |
|     Plaintiff,                      ) | APPLICATION FOR |
| ) | ORDER SHORTENING TIME |
| v.                                   ) | FOR HEARING AND SERVICE |
| ) | OF MOTION FOR VIDEO |
| BENNY LOPEZ,                     ) | DEPOSITION OF MATERIAL |
| JUAN JOSE AGUIRRE-CRUZ,    ) | WITNESSES |
| ) | DATE: June 26, 2008 |
|     Defendant.                      ) | TIME: 2:30 P. M. |
| _____ ) | DEPT: Porter |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT;

      THE UNITED STATES ATTORNEY;

      THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

COMES NOW THE MATERIAL WITNESSES HEREIN, by and through their attorney of record, JONATHAN DAVID FRANK, and hereby petitions this Court for a for an Order Shortening Time to File the attached Motion for Video Deposition.

////

////

////

////

////

////

    Counsel wishes to file the attached Motion for Video Deposition. Requiring full notice will delay the hearing of the motion and result in additional custody time for the Material Witness. Delay was also caused by the fact that the clerk's office inadvertently failed to include my clients as parties to be above entitled matter.

                           Respectfully submitted,

DATED: June 16, 2008

                           /s/_____
                           JONATHAN DAVID FRANK,
                           Attorney for MATERIAL WITNESSES