KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)
knut@knutjohnson.com

Attorney for BENNY LOPEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>  Plaintiff,<br><br>vs.<br><br>BENNY LOPEZ,<br><br>  Defendant. | CASE NO. 08 cr 0212-JLS<br><br>**OPPOSITION TO APPLICATION FOR ORDER SHORTENING TIME FOR HEARING AND SERVICE OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESSES; REQUEST TO RESCHEDULE TO DATE COUNSEL WILL BE AVAILABLE** |
|---|---|

**I.**

**INTRODUCTION**

On January 23, 2008, the government indicted Mr. Lopez for alien smuggling on January 13, 2008.  The material witnesses listed in that indictment are represented by counsel and the material witness deposition for those witnesses has been scheduled for July 8, 2008, in part to accommodate the schedule of counsel for Mr. Lopez, who will be out of the district from June 20, 2008 to July 4, 2008.

On May 28, 2008 the government has issued a superseding indictment charging Mr. Lopez with more alien smuggling counts.  The new alien smuggling counts are alleged to have occurred on May 12, 2008.  It is these new counts, with different material witnesses, that are the subject of material witness attorney Jonathan Frank's pending application.

- 1 -

- 08 cr 0212-JLS

## II.
## THIS COURT SHOULD RESCHEDULE ANY HEARING OF THIS MATTER

Counsel for Mr. Lopez was not consulted regarding the proposed date for this motion hearing/ application. The field application does not have attached any proposed motion or order. Thus, counsel for Mr. Lopez requests herein that this matter be taken off the calendar for June 26, 2008 and rescheduled for a date after July 4, 2008.

## III.
## CONCLUSION

For the foregoing reasons, this Court should reschedule the material witnesses motions.

Dated: June 16, 2008                    Respectfully submitted,


                ____/S/ Knut S. Johnson_____
                **Knut S. Johnson, Esq. for**
                 **Mr. Lopez**