```
 1  JONATHAN DAVID FRANK SBN89384
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (858) 722-2100
 3

 4  Attorney for Material Witnesses

 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                SOUTHERN DISTRICT OF CALIFORNIA

10                    Hon. LOUISA PORTER

11  UNITED STATES OF AMERICA,    )  Case No. 08CR0212JLS
                                 )  Mag. No. 08MJ8417
12         Plaintiff,            )
                                 )  NOTICE  OF  HEARING  ON
13  v.                           )  MOTION   FOR   VIDEOTAPE
                                 )  DEPOSITIONAND SUBSEQUENT
14  BENNY LOPEZ,                 )  VOLUNTARY  DEPARTURE  OF
    JUAN JOSE AGUIRRE-CRUZ       )  MATERIAL WITNESS
15                               )  DATE: June 26, 2008
                                 )  TIME: 2:30 P. M.
16         Defendants.           )  DEPT: PORTER
                                 )
17  _____

18       TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

19       PLEASE TAKE NOTICE that on June 26, 2008 at the UNITED STATES

20  DISTRICT COURT located at 940 Front Street, San Diego, CA 92101

21  before the above-named Judge at 2:30 P. M. or as soon thereafter as

22  the matter may be heard, the material witnesses ISAIAS GUERRERO-

23  MALDONADO, FRANCISCO SORIA-OROZCO, MARCO HERNANDEZ-QUIROZ, PEDRO

24  GAMBOA-OCANA and ARTURO ANDRADE-PEREZ will move the Court for an

25  Order that they be subjected to a videotape deposition prior to

26  trial and subsequent voluntary departure.

27       This motion will be based on 18 U.S.C. 3144 in that the

28  witnesses' testimony can be adequately secured by deposition and
```

1 further detention is not necessary to prevent a failure of justice.
2     This motion is further based on this notice of motion, the
3 memorandum of points and authorities and declarations filed
4 herewith, and as such other and further evidence as may be
5 presented at the hearing of the motion.
6                           Respectfully submitted,

8 DATED: June 16, 2008

10                           /s/_____
                            JONATHAN DAVID FRANK,
11                          Attorney for Material Witnesses