# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Benny Lopez

**WARRANT FOR ARREST**

CASE NUMBER: 08cr212 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Benny Lopez__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 5/27/08
ARRESTED BY  In court
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY

RECEIVED
2008 MAY 22 A 11:30
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title __See Above__ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Clerk of the Court
Title of Issuing Officer

5/22/08 San Diego, CA
Date and Location

Bail fixed at $ __No Bail__ by __The Honorable Janis L. Sammartino__
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |