UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Benny Lopez, et al. ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR212-JLS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06920298 |

On order of the United States District/<u>Magistrate Judge,</u>   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Arturo Andrade-Perez
Arrgn. 5-20-08

DATED: 6-19-08

RECEIVED _____
            DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
    Deputy Clerk

**G. PERRAULT**