UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff )<br> )<br>vs. )<br> )<br>Benny Lopez, et al. )<br> )<br>      Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR212-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06920298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Marcos Hernandez-Quiroz
Avgn. 5-20-08

DATED: 6-19-08

RECEIVED _____
           DUSM

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
           Deputy Clerk

**G. PERRAULT**