UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Benny Lopez, et al. ) <br> ) <br> Defendant(s) ) <br> _____) | CRIMINAL NO. 08CR212-JLS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06920298 |

On order of the United States District/Magistrate Judge, __NITA L. STORMES__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Pedro Gamboa - Ocana
Arrgn. 5-20-08

DATED: 6-19-08

RECEIVED _____
              DUSM

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
          Deputy Clerk

G PERRAULT