UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br>  )<br> vs. )<br> Benny Lopez, et al. )<br>  )<br>    Defendant(s) ) | CRIMINAL NO. 08CR212-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06920298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Victor Manuel Ayon-Lizarraga
Arrgn. 1-16-08

DATED: 6-19-08

RECEIVED _____ / DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082