KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)
knut@knutjohnson.com

Attorney for BENNY LOPEZ

KAREN P. HEWITT, United States Attorney
Paul L. Starita
Assistant U.S. Attorney
California Bar No. 219573
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6340
Paul.Starita@usdoj.gov

Attorney for UNITED STATES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 08 cr 0212-JLS |
| Plaintiff, | JOINT MOTION TO CONTINUE SENTENCING DATE TO DECEMBER 12, 2008 |
| vs. | |
| BENNY LOPEZ, | |
| Defendant. | |

**I.**

**<u>MOTION</u>**

Mr. Lopez is presently set for sentencing on September 12, 2008. However, the parties to this case agree jointly that the sentencing in this case should be continued for at least 90 days. Thus, the parties jointly request that this Court order the sentencing be continued to December 12, 2008 at 9:00 a.m.

- 1 -

- 08 cr 0212-JLS

**SO STIPULATED AND AGREED:**

Dated: July 31, 2008                    /S/ Knut S. Johnson
                                        **Knut S. Johnson, Esq. for**
                                        **Mr. Lopez**

Dated: July 31, 2008                    KAREN HEWITT, United States Attorney,


                                        /S/ Paul L. Starita
                                        **Assistant U.S. Attorney Paul L. Starita**

- 2 -

- 08 cr 0212-JLS