1
2
3
4
5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 08 cr 0212-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE TO DECEMBER 12, 2008 |
| vs. | |
| BENNY LOPEZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing in this case be continued from September 12, 2008 at 9:00 a.m. to December 12, 2008 at 9:00 a.m.

SO ORDERED.

Date: July 31, 2008

_____
HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT COURT JUDGE

-   08 cr 0212-JLS